Hand-drawn floor plan sketch with the following labels:
- Office (top)
- RR (top right)
- Office (left)
- Table (circled, center)
- Since receiving (vertical label)
- Testing Room (scribbled/shaded area)
- Office AL
- Records
- Office
- Registrar
- Hallway Door
- Door
- Chair   Chair

Exhibit 27A

Date