**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

Holly Lawson                                    :          Case No. 3:22-cv-00023

      Plaintiff                              :

v.                                              :

Kayla Creely, et. al.                           :

      Defendants                            :

## PLAINTIFFS' PROPOSED JURY VOIR DIRE

Plaintiffs, through Counsel, and this Court's Order [DE#14], provides the following *voir dire*:

1. Does anyone know any of the following, or know of them: (i) Holly Lawson; (ii) Kayla Creely; (iii) Lori Franke; (iv) Mark Kopp; (v) any employee of board member of the Franklin County Board of Education; or (iii) [identity of all witnesses on a witness list]?

    a. If so, how do you know them and what interactions with them have you had?

    b. When was the last time you spoke with any of them and, generally, what was discussed?

    c. Knowing what you know, can you be fair and impartial and sit in judgment of them or their testimony?

2. Is anyone, or a member of their family, employed by the Franklin County public schools?

3. Does anyone know any of the attorneys trying this case, or know of them, [identify them]?

    a. If so, how do you know them and what interactions with them have you had?

      b.  When was the last time you spoke with any of them and, generally, other than legal advice, what was discussed?

      c.  Can you be fair and impartial and sit in judgment in a case they are on?

4. This case has been in the media.  Has anyone seen any media coverage on this case?

5. This case involves claims of a firearm that was discovered in a bag in a school.

      a.  Does anyone own a firearm?

      b.  Does anyone possess a concealed carry license?

      c.  Does anyone carry a firearm concealed without a license?

      d.  Do you believe that any teacher who brings a firearm into a school, even accidentally, should be fired?

      e.  Do you believe that any teacher who brings a firearm into a school, even accidentally, should be prosecuted?

      f.  Has anyone, or anyone in their family, had negative interactions with firearms or people who have used firearms?

      g.  Do you believe that government should more strictly regulate firearm ownership and possession?

      h.  Have you ever felt unsafe around a firearm?

      i.  Have you ever felt unsafe around a teacher?

      j.  Has anyone ever forgotten that they left something in a bag or purse?

6. This case will touch on an interrogation.

      a.  Has anyone ever been accused of something or interrogated?

      b.  Has anyone ever had a family member accused of something or interrogated?

      c.  Has anyone ever been blocked from leaving a location with someone standing

       in front of a door?

    d. As a child, has anyone ever been sent to the principal's office and questioned?

7. This case may touch on prescription drug usage.

    a. Do you believe that anyone who is lawfully prescribed and then uses (as prescribed) prescription drugs should not be employed in public schools or entrusted with the care of children?

    b. Do you believe that anyone who is lawfully prescribed and then uses (as prescribed) prescription drugs should not be able to possess a firearm?

8. This case involves claims of privacy in a purse or handbag.

    a. Do you believe that people have a right of privacy in their purses or handbags?

    b. Has anyone ever felt violated when someone else went into their belongings?

9. This case involves claims of an illegal search.

    a. Do you believe that people should not be able to protect their persons or belongings from searches by the government?

    b. Do you believe that people who have nothing to hide have nothing to fear?

    c. Do you believe that when it comes to contraband, like drugs or guns, that the ends justify the means and government should take all steps necessary to find contraband, even if it violates the constitution?

    d. Does anyone think that if government finds contraband after a illegal search, that then justifies the illegal search?

10. This case involves claims of governmental, school board, and potentially police misconduct.

a.  Do you think/believe police officers play an important role in a community?

    i.  Why do you think that?

b.  Do you think/believe that public schools play an important role in a community?

    i.  Why do you think that?

c.  Is anyone a resident of Franklin County?

    i.  Do you believe, as a taxpayer of Franklin County, that holding the school board liable may hurt taxpayers in the county?

    ii.  If so, can you fairly and impartially try this case, with the Franklin County Board of Education as a Defendant in this matter?

d.  Does anyone have any family members, or are they themselves, employed by a law enforcement agency?

e.  Does anyone have any family members, or are they themselves, employed by a school or university?

    i.  If so, where and what?

f.  Does anyone either presently hold or in the past have they held a teaching certificate from the Commonwealth of Kentucky?

g.  Are you aware of any consequences to society because some police officers have broken the law?

h.  How important is it to you that police officers always follow the law in the performance of their duties?

i.  Have any of your relatives or friends ever applied for a job with or worked for any law enforcement agencies, such as the FBI, police force,

sheriff's department, etc.?

    i.    What is your relationship with that person? How often do you see that person and do you ever discuss their job with them? What causes disagreements, if any, between the two of you when you discuss their job?

j.    Have any of you ever applied for a job with or worked for a law enforcement agency?  If so, when and what were the circumstances?

k.    Is anyone currently a police officer or working in a law enforcement capacity? If so, where are you working and, generally, what are your job duties?

l.    Does anyone work with police officers in their line of work?

m.    Has anyone had a family member or friend who has been the victim of any police misconduct?

n.    Is there a crime problem in the United States or in your community today?

    i.    If so, do you believe police should be able to do whatever they want to solve it?

11. Questions re: Plaintiff Holly Lawson:

a.    Does anyone believe that being arrested for a criminal charge is no different than being convicted of a criminal charge?  Does anyone have a problem or concern with the presumption of innocence?

b.    Has anyone been a victim of domestic violence or had a close friend or family member who was?

12. Assuming there is sufficient proof, does anyone have a problem or concern with awarding punitive damages?  In that situation, does anyone have a problem or

5

concern with actually awarding an amount that will deter future similar conduct?

13. Does anyone have a problem or concern with following the instructions given by the judge, even if you disagree with them?

14. How important is it to you that government officials follow the United States Constitution?

15. Is anyone a veteran?

16. Has anyone sworn an oath to protect and defend the Constitution in their life?

    a.   How important is that oath to you?

    b.   What should be the consequences for violating that oath?

17. Do you agree or disagree with this statement: People today are too ready to blame others and not take responsibility for their actions.

18. Do you think some people file "frivolous lawsuits?" Why or why not?

Respectfully submitted,

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (v)
859/495-0803 (f)
chris@cwiestlaw.com

/s/ Thomas B. Bruns
Thomas B. Bruns (KBA 84985)
Bruns, Connell, Vollmar, Armstrong
4555 Lake Forrest Dr., Ste. 330
Cincinnati, OH 45242
513-312-9890(v)
*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I have served a copy of the foregoing upon Counsel of record, by filing same in the Court's CM/ECF system, this 22nd day of December, 2023.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)