## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| Holly Lawson | : | Case No. 3:22-cv-00023 |
|     Plaintiff | : | |
| v. | : | |
| Kayla Creely, et. al. | : | |
|     Defendants | : | |

### STATEMENT OF THE CASE[1]

Pursuant to the Court's scheduling order (Doc. 14), the parties tender the following agreed statement of the case:

Ladies and Gentlemen, this is a § 1983 constitutional case.

The Plaintiff, Holly Lawson, alleges that Defendants Kayla Creely and Lori Franke, who were state actors in their respective employment for the Franklin County Board of Education, unconstitutionally searched her purse in violation of her Fourth Amendment rights on May 4, 2021, when her purse was located in her personal office at Franklin County High School, discovering a handgun at the bottom of the purse. Mrs. Lawson maintains she had inadvertently left it in her purse from the weekend before and she didn't realize she still had it. The discovery of the handgun was then reported to the Superintendent, and law enforcement.

The next day, on May 5, 2021, the Superintendent, Mark Kopp, met Mrs. Lawson at the door of the high school, and escorted her to the school resource officer's office, where Mrs.

---

[1] This statement is subject to revision and amendment, depending on the outcome of pending motions for summary judgment by the parties and represents only the issues and contentions in dispute as of the date of its submission. We met and conferred with Defendants on this statement, but were unable to reach an agreement.

Lawson alleges she was unconstitutionally detained and questioned in violation of her Fourth and Fifth Amendment rights.  The handgun was in her purse, and Mrs. Lawson was charged criminally, the matter was reported in the media, and Mrs. Lawson contends she was forced to resign, with the criminal charges threat used to coerce that resignation.  Those charges were later dropped.  Mrs. Lawson seeks damages in the form of lost pay and income, lost earning capacity, emotional distress, and other damages.

Defendants contend that Kayla Creely and Lori Franke were not state actors when they entered Mrs. Lawson's office and searched her purse.  The Franklin County School Board contends that Kayla Creely and Lori Franke did not undertake actions that were authorized by the Board.  Defendants contend that Mrs. Lawson was not detained and that she was not illegally questioned.  Defendants also challenge Mrs. Lawson's damages.

Respectfully submitted,

/s/ Christopher Wiest_____  
Christopher Wiest (KBA 90725)  
Chris Wiest, Atty at Law, PLLC  
25 Town Center Blvd, Suite 104  
Crestview Hills, KY 41017  
513/257-1895 (c)  
859/495-0803 (f)  
chris@cwiestlaw.com  
*Attorneys for Plaintiff*

/s/ Thomas B. Bruns_____  
Thomas B. Bruns (KBA 84985)  
Bruns, Connell, Vollmar, Armstrong  
4555 Lake Forrest Dr., Ste. 330  
Cincinnati, OH 45242  
513-312-9890(v)  
tbruns@bcvalaw.com

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon Counsel of record, by filing same in the Court's CM/ECF system, this 22nd day of December, 2023.

/s/ Christopher Wiest_____  
Christopher Wiest (KBA 90725)