UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NUMBER 3:22-CV-00023-GFVT

HOLLY LAWSON                                                                                        PLAINTIFF

v.        **PROPOSED VOIR DIRE QUESTIONS ON BEHALF OF
          THE BOARD OF EDUCATION AND MARK KOPP**

KAYLA CREELY, LORI FRANKE,
MARK KOPP, and FRANKLIN COUNTY
BOARD OF EDUCATION                                                                        DEFENDANTS

* * * * ** *** ** * * * *

MAY IT PLEASE THE COURT:

Come Defendants Mark Kopp, in his individual and official capacity, and the Board of Education of Franklin County, Kentucky, by and through counsel, and propose the following inquiries to be made during voir dire during the trial of this matter:

1. This is a civil rights case concerning Ms. Lawson's employment with the Franklin County Board of Education. Have you or any member of your family had involvement with or been employed by the Franklin County Board of Education? Any other school district?  If so, was there any negative or unfavorable experience or treatment there? If so, explain.

2. The facts of this case also involve deputies with the Franklin County Sheriff's Office. Have you or any member of your family had involvement with or been employed by the Franklin County Sheriff's Office?

2. Do you know Holly Lawson, or her husband, Gregory Lawson, or her mother, Phyllis Jenkins?

3. Do you know Mark Kopp? Kayla Creely? Lori Franke?

1

4. In addition to the parties, other individuals who may testify as witnesses in this matter are:

    a. Marvin Kelly, Deputy Sheriff
    b. Jeff Abrams, Deputy Sheriff
    c. Ashley Reid
    d. Charles Lewis
    e. Holly Adkins
    f. Larry Cleveland
    g. Ralph Hance

Does any member of the panel know any of these individuals? Are any members of the panel related to any of these individuals, or have you worked with them or had personal or social dealings with them?

5. The Plaintiff's attorneys are Christopher Wiest from Crestview Hills, Kentucky, and Thomas Bruns from Cincinnati, Ohio. Have any of the panel been represented by Mr. Wiest or Mr. Bruns in the past? Are any members of the panel related to them, or anyone worked for either of them, or had any personal or social dealings with either of them?

6. The Board of Education and Superintendent Mark Kopp are represented by Jonathan Shaw, from Paintsville, and Grant Chenoweth, from Winchester, with the firm Porter, Banks, Baldwin and Shaw, PLLC, which also has an office in Lexington. Have any of the panel been represented by Mr. Shaw or Mr. Chenoweth in the past? Are any members of the panel related to them, or anyone worked for either of them, or had any personal or social dealings with either of them? Have any of the panel had any involvement with any other attorney at their firm?

7. Kayla Creely and Lori Franke are represented by Elizabeth Deener, from Lexington, with the firm Landrum and Shouse. Have any of the panel been represented by Ms. Deener in the past? Are any members of the panel related to her, or anyone worked for her, or had any personal or social dealings with her? Have any of the panel had any involvement with any other attorney at

her firm?

8. Have you or any member of your family been a party to a lawsuit? If so, were you the plaintiff? What was the nature of the suit? Would your involvement in a lawsuit cause you to be biased in favor of a plaintiff or against a defendant?

9. Do any of you believe that just because a lawsuit is filed that the defendant is at fault and the plaintiff is entitled to money?

10. The burden of proof is on the plaintiff to prove all elements of her case. This burden includes proving that the Defendants violated her constitutional rights. Does any member of the panel disagree that the burden is on the plaintiff and that the plaintiff must prove his case?

11. If there is no evidence that a Defendant did anything to harm the Plaintiff, would any of you be reluctant to find for that Defendant and dismiss the claims against him or her?

12. Have you or any member of your family ever been employed in any capacity by a government agency? If so, were you or your family member ever disciplined for any misconduct as a government employee? Have any of you ever been accused of criminal conduct at work?

13. As judges of the facts, you are to decide this case solely on the evidence you hear in court. Your verdict must not be based on sympathy, fear, anger, or any other emotion, nor should it be based on rumors, speculation, gossip, what you read in the newspapers or see on the television. Can you follow that rule?

14. This case involves a school employee being in possession of a gun in a school building, which is against the law. Do these facts cause you to believe you cannot be fair to all the parties in this case?

15. Do any of you believe that public school employees should be allowed to bring guns to

3

school even though it is prohibited under state law and school board policy?

16. Do any of you know of any reason why you could not serve as a juror and be fair to all the parties? If so, explain.

17. How many of you read the State Journal? Do any of you recall a story in May 2021 with the headline "FCHS counselor arrested for having 9 mm handgun on school property"?

18. The fact that adverse job actions were taken against the plaintiff, would that tend to impair your ability to render a fair and impartial decision in sitting on this jury?

19. Do any of you tend to just be sympathetic with plaintiffs?

20. Do any of you tend to just be sympathetic with employees in relation to their dealings with their employer?

21. This trial may last three or four days. Do any of you have any health issues or other reasons why you could not sit through a trial for several days?

22. Do any of you have any reason we may not want you to hear this matter?

>Respectfully submitted,
>
>PORTER, BANKS, BALDWIN & SHAW, PLLC
>Jonathan C. Shaw
>Grant R. Chenoweth
>327 Main Street ~ P.O. Drawer 1767
>Paintsville, Kentucky 41240
>(606) 789-3747
>gchenoweth@psbb-law.com
>
>By:    s/ Grant R. Chenoweth
>         COUNSEL FOR MARK KOPP AND
>           FRANKLIN COUNTY BOARD
>           OF EDUCATION

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **PROPOSED VOIR DIRE QUESTIONS ON BEHALF OF THE BOARD OF EDUCATION AND MARK KOPP** has been electronically filed and served by the Court's electronic filing system on all counsel of record on this the 22nd day of December, 2023.

                                                s/ Grant R. Chenoweth
                                                Grant R. Chenoweth