UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NUMBER 3:22-CV-00023-GFVT

HOLLY LAWSON                                                                                       PLAINTIFF

-vs-

KAYLA CREELY, et al.                                                                           DEFENDANTS

---

## PROPOSED STATEMENT OF THE CASE FOR
## THE BOARD OF EDUCATION AND MARK KOPP

---

Come now the Defendants, Franklin County Board of Education and Mark Kopp, by and through counsel, and hereby submit the following proposed statement of the case:

This is a civil lawsuit brought by the Plaintiff, Holly Lawson, a former guidance counselor at Franklin County High School. In May 2021, the Plaintiff unlawfully carried a handgun into the Franklin County High School. She was suspended with pay by Superintendent Mark Kopp, and she was arrested and criminally charged for this conduct. She later resigned, and the criminal charge was dropped.

The Plaintiff claims her rights under the 4th Amendment to the United States Constitution were violated by her former coworkers, Kayla Creely, also a guidance counselor, and Lori Franke, a school secretary, and by Superintendent Kopp, in relation to the discovery of the gun and subsequent events affecting her employment.

Respectfully submitted,

PORTER, BANKS, BALDWIN & SHAW, PLLC
Jonathan C. Shaw
Grant R. Chenoweth
327 Main Street ~ P.O. Drawer 1767
Paintsville, Kentucky 41240
(606) 789-3747 ~ gchenoweth@psbb-law.com

By:    s/ Grant R. Chenoweth                    
       COUNSEL FOR MARK KOPP AND
         THE BOARD OF EDUCATION

**CERTIFICATE OF SERVICE**

    I hereby certify the foregoing **PROPOSED STATEMENT OF THE CASE FOR THE BOARD OF EDUCATION AND MARK KOPP** has been electronically filed and served by the Court's electronic filing system on all counsel of record on this the 22nd day of December, 2023.

                                                     /s/ Grant R. Chenoweth
                                                   Grant R. Chenoweth