UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| HOLLY LAWSON, | ) |
| | ) |
| Plaintiff, | )  Civil No. 3:22-cv-00023-GFVT |
| | ) |
| v. | ) |
| | ) |
| KAYLA CREELY, *et al.*, | )  **JUDGMENT** |
| | ) |
| Defendants. | ) |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Holly Lawson's Complaint [**R. 1**] is **DISMISSED** with prejudice; and

2. This judgment is a **FINAL** Judgment.

This the 13th day of June 2024.

Gregory F. Van Tatenhove
United States District Judge